[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 12, 2006
THOMAS K. KAHN
CLERK

No. 05-14590

D. C. Docket No. 04-00186 CV-T-26EAJ

ALL CHILDREN'S HOSPITAL, INC.,
WEST COAST NEONATOLOGY, INC., et al.,

                                        Plaintiffs-Appellants,

                        versus

MEDICAL SAVINGS INSURANCE COMPANY,

                                        Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

**(June 12, 2006)**

Before DUBINA, KRAVITCH and JOHN R. GIBSON*, Circuit Judges.

PER CURIAM:

_____

*Honorable John R. Gibson, United States Circuit Judge for the Eighth Circuit, sitting by
designation.

Plaintiffs/appellants, All Children's Hospital, Inc. and West Coast Neonatology, Inc., appeal the district court's grant of summary judgment to Medical Savings Insurance Co. ("insurance company"), on plaintiffs' claims for breach of contract and declaratory judgment.

After reviewing the record, reading the parties' briefs and having the benefit of oral argument, we affirm the district court's grant of summary judgment in favor of the insurance company for the reasons given in the district court's well-reasoned order filed on August 3, 2005.

**AFFIRMED.**